Opinion filed August 8, 2013



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00205-CV

_____

## CAROL JOHNENE MORRIS, Appellant

## V.

## MIDLAND CENTRAL APPRAISAL DISTRICT, Appellee

**On Appeal from the 142nd District Court**

**Midland County, Texas**

**Trial Court Cause No. TX13106**

## MEMORANDUM OPINION

Carol Johnene Morris filed a pro se notice of appeal from an order of partial dismissal and an order appointing an attorney ad litem. The orders were entered by the trial court on June 23, 2013. We notified Morris by letter dated July 15, 2013, that it did not appear that these orders were final, appealable orders, and we requested that Morris file a response showing grounds to continue this appeal.

Morris filed a response on August 1, 2013. However, she has not shown appropriate grounds to continue.

Unless specifically authorized by statute, appeals may be taken only from final judgments. *Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840–41 (Tex. 2007); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191 (Tex. 2001). In this case, the trial court merely ordered that "this case is dismissed only as to the Property listed below." The dismissal was entered without prejudice to the plaintiff, Midland Central Appraisal District, again filing the cause of action against Morris at a later date. The order specifically states that the remaining causes of action as to all other property and defendants may be further prosecuted.

In the other order from which Morris attempts to appeal, the trial court merely appointed an attorney ad litem to represent certain defendants who had been "duly cited" but had not answered or appeared. We note that the ad litem was not appointed to represent Appellant Morris. There is no indication that the trial court intended either order to be final and appealable, and they are not. Because no final, appealable order has been entered in this case, we lack jurisdiction and dismiss this appeal. *See* TEX. R. APP. P. 42.3.

Accordingly, the appeal is dismissed for want of jurisdiction.

PER CURIAM

August 8, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.

2